Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY REIGOSA,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION; SUN LOAN CO.; TD AUTO FINANCE; WEST ASSET MANAGEMENT; EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | **Case No. 2:17-cv-02945-APG-NJK**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Nancy Reigosa has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 21, 2017 through and including **January 21, 2018**. The request was made by Equifax in good faith and that Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

///

///

Respectfully submitted this 21st day of December, 2017.

        SNELL & WILMER LLP

        By: /s/ *Bradley Austin*
        Bradley T. Austin
        Nevada Bar No. 13064
        3883 Howard Hughes Pkwy
        Suite 1100
        Las Vegas, NV 89169
        Tel: 702-784-5200
        Fax: 702-784-5252
        Email: baustin@swlaw.com

        *Attorneys for Defendant Equifax Information Services LLC*

        ***No opposition***

        By: /s/ *Michael Kind*
        Michael Kind, Esq.
        7854 W. Sahara Avenue
        Las Vegas, NV 89117
        Tel: (702) 405-1765
        Email: mkind@kazlg.com

        *Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: December 22, 2017

4823-3685-4105

- 2 -