DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for TD Auto Finance LLC (erroneously
sued as "TD Auto Finance")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY REIGOSA,<br><br>   Plaintiff,<br><br> vs.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION; SUN LOAN CO.; TD AUTO FINANCE; WEST ASSET MANAGEMENT; EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants. | Case No. 2:17-cv-02945-APG-NJK<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT TD AUTO FINANCE LLC'S TIME TO RESPOND TO THE COMPLAINT (FIRST REQUEST)**<br><br>Compl. Filed:  November 28, 2017 |

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43673437;1

AKERMAN LLP

1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Pursuant to Local Rule 6-1(a) Nancy Reigosa ("Plaintiff") and Defendant TD Auto Finance LLC ("TDAF"), through their respective counsel, hereby stipulate to an extension for TDAF to respond to Plaintiff's Complaint in light of the following facts:

<u>**RECITALS**</u>

WHEREAS, Plaintiff, through his counsel, filed the Complaint in this action on November 28, 2017;

WHEREAS, TDAF appears to have been served with Plaintiff's Complaint on November 28, 2017;

WHEREAS, TDAF's response to Plaintiff's Complaint is due on or before December 21, 2017;

WHEREAS, TDAF is undergoing a preliminary investigation with the hopes of engaging in initial settlement discussions with Plaintiff to reach an early resolution of this matter;

WHEREAS, this is the first stipulation for extension of time for TDAF to respond to Plaintiff's Complaint

WHEREAS, the Parties stipulate and agree that, for this good cause, TDAF's time to respond to Plaintiff's Complaint is extended 21 days up to and including January 11, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

43673437;1

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel that the deadline for TDAF to file its response to Plaintiff's Complaint shall be extended 21 days up to and including January 11, 2018.

IT IS SO STIPULATED.

Date: December 21, 2017                    Respectfully submitted,


**AKERMAN LLP**


By: */s/ Rex D. Garner*
    Rex D. Garner
    *Attorney for Defendant TD Auto Finance LLC*
    *(erroneously sued as "TD Auto Finance")*


**KAZEROUNI LAW GROUP, APC**


By: */s/ Michael Kind*
    Michael Kind
    *Attorney for Plaintiff Nancy Reigosa*


**ORDER**

**IT IS SO ORDERED:**

  Dated: December 22, 2017


_____
UNITED STATES MAGISTRATE JUDGE