IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NANCY REIGOSA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION; SUN LOAN CO.; TD AUTO FINANCE; WEST ASSET MANAGEMENT; EQUIFAX INFORMATION SERVICES, LLC.<br><br>　　　　　Defendants. | Case No: 2:17-cv-02945-APG-NJK<br><br>[Proposed] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (First Request) |

Based upon the stipulation of the parties, and good cause appearing therefor, Defendant shall have an extension of time to respond to the Complaint, up to and including January 16, 2018.

IT IS SO ORDERED.

Dated: December 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE