1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 REX D. GARNER, ESQ.
Nevada Bar No. 9401
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: rex.garner@akerman.com

*Attorneys for TD Auto Finance LLC (erroneously sued as "TD Auto Finance")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY REIGOSA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION; SUN LOAN CO.; TD AUTO FINANCE; WEST ASSET MANAGEMENT; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:17-cv-02945-APG-NJK<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT TD AUTO FINANCE LLC'S TIME TO RESPOND TO THE COMPLAINT (SECOND REQUEST)**<br><br>Compl. Filed: November 28, 2017 |

Pursuant to Local Rule 6-1(a) Nancy Reigosa ("Plaintiff") and Defendant TD Auto Finance LLC ("TDAF"), through their respective counsel, hereby stipulate to an extension for TDAF to respond to Plaintiff's Complaint in light of the following facts:

## **RECITALS**

WHEREAS, Plaintiff, through his counsel, filed the Complaint in this action on November 28, 2017;

WHEREAS, TDAF appears to have been served with Plaintiff's Complaint on November 28, 2017;

WHEREAS, the Court entered an Order extending TDAF's deadline to respond to the Complaint by 21 days to January 11, 2018 (ECF No. 9);

WHEREAS, TDAF is continuing its preliminary investigation and the Parties have engaged in preliminary settlement discussions to reach an early resolution of this matter;

WHEREAS, this is the second stipulation for extension of time for TDAF to respond to Plaintiff's Complaint;

WHEREAS, the Parties stipulate and agree that, for this good cause, TDAF's time to respond to Plaintiff's Complaint is extended 21 days up to and including February 1, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

43796172;1

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel that the deadline for TDAF to file its response to Plaintiff's Complaint shall be extended 21 days up to and including February 1, 2018.

IT IS SO STIPULATED.

Date: January 10, 2018                     Respectfully submitted,


**AKERMAN LLP**


By: */s/ Rex D. Garner*
    Rex D. Garner
    *Attorney for Defendant TD Auto Finance LLC*
    *(erroneously sued as "TD Auto Finance")*


**KAZEROUNI LAW GROUP, APC**


By: */s/ Michael Kind*
    Michael Kind
    *Attorney for Plaintiff Nancy Reigosa*


**ORDER**

**IT IS SO ORDERED:**

Dated: January 11, 2018

_____
UNITED STATES MAGISTRATE JUDGE