**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named As "Capital One Bank, National Association"

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY REIGOSA,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION, SUN LOAN CO.; TD AUTO FINANCE; WEST ASSET MANAGEMENT; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02945-APG-NJK<br><br>*Assigned to Judge Andrew P. Gordon;*<br>*Referred to Magistrate Judge Nancy J. Koppe*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>[~~[Proposed] Order lodged concurrently herewith~~]<br><br>Complaint Filed: November 28, 2017<br>Trial Date: TBA |

| | |
|---|---|
| 1 | Plaintiff Nancy Reigosa ("Plaintiff"), by and through her counsel of record, and |
| 2 | Defendant Capital One Bank (USA), N.A., named as "Capital One Bank, National |
| 3 | Association" ("Capital One"), by and through its counsel of record, hereby submit |
| 4 | this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's |
| 5 | Complaint by twenty one (21) days, as follows: |
| 6 | **WHEREAS:** |
| 7 | 1.  Plaintiff filed the Complaint in this matter on November 28, 2017; |
| 8 | 2.  The Parties agree that a brief extension of time for Capital One to file its |
| 9 | responsive pleading to the Complaint would benefit both Parties because it will allow |
| 10 | them to gather additional facts and information while continuing to devote their |
| 11 | resources to exploring the potential for early resolution of this matter before incurring |
| 12 | further fees and costs; |
| 13 | 3.  Capital One and Plaintiff have agreed to extend Capital One's deadline |
| 14 | to respond to Plaintiff's Complaint by twenty-one days to January 24, 2018; |
| 15 | |
| 16 | **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:** |
| 17 | Capital One will file its responsive pleading to Plaintiff's Complaint on or |
| 18 | before January 24, 2018. |
| 19 | |
| 20 | **IT IS SO STIPULATED.** |

DATED:  January 16, 2018        **KAZEROUNI LAW GROUP, APC**


By:\_/s/ Michael Kind_____
      MICHAEL KIND
Attorneys for Plaintiff,
Nancy Reigosa

DATED: January 16, 2018        **FERNALD LAW GROUP LLP**

By: /s/ Brandon C. Fernald
    BRANDON C. FERNALD
Attorneys for Defendant,
CAPITAL ONE BANK (USA),
N.A., Named As "Capital One Bank,
National Association"

IT IS SO ORDERED.

Dated: January 23, 2018

_____
UNITED STATES MAGISTRATE JUDGE