Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Nancy Reigosa*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Nancy Reigosa,<br><br>Plaintiff,<br>v.<br><br>Capital One Bank, National Association; Sun Loan Co.; TD Auto Finance; West Asset Management; and Equifax Information Services, LLC,<br><br>Defendant. | Case No. 2:17-cv-02945-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC**<br><br><br>**ORDER** |

## NOTICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Nancy Reigosa ("Plaintiff") and Defendant Equifax Information Services LLC

("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 23rd day of January 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/24/2018